UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| 3D SYSTEMS, INC., | ) Civil Action No.<br>) 2:05-cv-74891-JF-RSW<br>) |
| Plaintiff, | ) **Hon. John Feikens** |
| v. | ) |
| | ) **Magistrate Judge: Hon. R. Steven** |
| ENVISIONTEC, INC. GMBH, and SIBCO, INC. | ) **Whalen** |
| | ) |
| Defendants. | ) |
| | ) **JOINT RULE 26(f) REPORT** |

The parties through their respective counsel identified below participated in the meeting required by Fed.R.Civ.P. 26(f) May 8-17, 2006 and prepared the following report.

A.   Pleadings:

(1) Plaintiff 3D Systems, Inc. shall have until five (5) days after the Court enters the Stipulated Order (either in its proposed form filed by plaintiff's counsel or as may be revised by the Court or the parties) or May 31, 2006, whichever is later, to file an Amended Complaint;

(2) Date by which all motions to amend and/or add parties to the action shall be filed: September 5, 2006; and

(3) The parties shall exchange their Initial Disclosures required by Fed.R.Civ.P. 26(a)(1) no later than thirty (30) days after defendants' answer and counterclaims to the Amended Complaint.

B. Discovery Limitations -- The parties agree and recommend that the Court limit the use and numbers of discovery procedures in the discovery phase of the above identified Civil Action as follows:

(1) Twenty-five (25) interrogatories for 3D Systems, and Twenty-five (25) interrogatories collectively for Envisiontec and Sibco, including subparts.

(2) Unlimited document requests.

(3) Ten (10) depositions (other than expert depositions), collectively for Envisiontec and Sibco.

(4) Ten (10) depositions (other than expert depositions) for 3D Systems.

(5) Unlimited requests for admissions.

These limitations are without waiver of the right of any party to seek additional interrogatories and depositions based on a showing of good cause.

C. Discovery Schedule/Deadlines -- The parties request that the Court establish the following discovery deadlines:

(1) Deadline for completion of non-expert discovery, including service and response to interrogatories, documents requests, requests for admission, and scheduling of factual depositions: June 30, 2007.

(2) The parties propose that a Markman proceeding be conducted according to the following schedule:

    (a)    Deadline for the parties to exchange a list of claim terms that should be construed: October 13, 2006;

    (b)    Deadline for the parties to exchange proposed construction of claim terms: November 16, 2006;

    (c)    Deadline for filing and service of initial Markman briefs: January 2, 2007;

    (d)    Deadline for filing and service of response briefs: February 2, 2007;

    (e)    Tentative date for Markman hearing: March 2, 2007.

D.    Experts -- The parties anticipate that they will require expert witnesses at time of trial.

    (1)    3D Systems anticipates calling experts in the fields of United States Patent Office procedures, prosecution history of the patents in suit, damages and rapid prototyping three-dimensional modeling.

    (2)    Envisiontec and Sibco, collectively, anticipate calling experts in the fields of United States Patent Office procedures, prosecution history of the patents in suit, damages and rapid prototyping three-dimensional modeling.

    (3)    The parties recommend that expert disclosure and discovery proceed as follows:

        (a)    Deadlines for all parties' identification of expert witnesses (initial and rebuttal). (Fed.R.Civ.P.26(a)(2)(A).)

        <u>Initial</u>: For the party who has the burden of proof: June 30, 2007.
        <u>Rebuttal</u>: July 31, 2007.

        (b)    Deadlines for providing expert reports pursuant to Fed.R.Civ.P. 26(a)(2)(B).

        <u>For party who has the burden of proof:</u> August 31, 2007.
        <u>For rebuttal reports:</u> October 1, 2007.

        (c)    Deadlines for completion of expert witness depositions, if any. December 3, 2007.

E.    Motion Schedule -- The parties recommend that motions be filed and served on or before the following dates:

    (1)    For non-dispositive motions relating to fact discovery, July 16, 2007;

 (2) For non-dispositive motions relating to expert discovery, December 21, 2007;

 (3) For dispositive motions, January 31, 2008.

F. Trial-Ready Date

 (1) The parties agree that the case will be ready for trial on or after April 30, 2008;

 (2) A final pretrial conference should be held on or before March 31, 2008.


Dated:  May 17, 2006

| | |
|---|---|
| BODMAN LLP | RADER, FISHMAN & GRAUER, PLLC |
| By:  /s/ Susan M. Kornfield (P41071) | By:  /s/R. Terrance Rader (P28747) |
|   Alan N. Harris (P56324) | 39533 Woodward Avenue, Suite 140 |
| 110 Miller, Suite 300 | Attorneys for Defendant |
| Ann Arbor, Michigan 48104 | Bloomfield Hills, MI  48304 |
| Tel: 734-761-3780 | Tel: 248-594-0600 |
| Fax: 734-930-2494 | Fax: 248-594-0610 |
| | Attorneys for Defendants |

LERNER, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK, LLP
Sidney David (SD 8700)
Stephen B. Goldman (SG 4018)
Samantha M. Kameros (SK 8223)
Attorneys for Plaintiff
600 South Avenue West
Westfield, New Jersey  07090-1497
Tel: 908-654-5000
Fax: 908-654-7866

4