UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

3D SYSTEMS, INC., :
: Case No. 05-74891
          Plaintiff, :
  v. : Hon. Avern Cohn
: Magistrate Judge Hon. R. Steven
ENVISIONTEC, INC., ENVISIONTEC GMBH, : Whalen
and SIBCO, INC., :
: **JURY DEMANDED**
          Defendants. :

| | |
|---|---|
| BODMAN LLP<br>Susan M. Kornfield (P41071)<br>Alan N. Harris (P56324)<br>110 Miller, Suite 300<br>Ann Arbor, Michigan 48104<br>Tel: 734-761-3780<br>Fax: 734-930-2494<br>Attorneys for Plaintiff | RADER, FISHMAN & GRAUER, PLLC<br>R. Terrance Rader (P28747)<br>39533 Woodward Avenue, Suite 140<br>Bloomfield Hills, MI  48304<br>Tel: 248-594-0600<br>Fax: 248-594-0610<br>Attorneys for Defendants |
| LERNER, DAVID, LITTENBERG,<br>KRUMHOLZ & MENTLIK, LLP<br>Sidney David (SD 8700)<br>Stephen B. Goldman (SG 4018)<br>Samantha M. Kameros (SK 8223)<br>600 South Avenue West<br>Westfield, New Jersey  07090-1497<br>Tel: 908-654-5000<br>Fax: 908-654-7866<br>Attorneys for Plaintiff | |

**INDEX OF EXHIBITS**

Exhibit A:     Printout from Defendants' website reflecting products provided in connection with PERFACTORY Trademark

Exhibit B:     Printout from Defendants' website reflecting products provided in connection with VANQUISH Trademark

Exhibit C:     Printout from Defendants' website identifying locations of Defendants' businesses

2

| | |
|---|---|
| Exhibit D: | Printout from website of Defendant Sibco, Inc. regarding the VANQUISH product and PERFACTORY product |
| Exhibit E: | U.S. Patent No. 5,569,431 |
| Exhibit F: | U.S. Patent No. 5,571,471 |
| Exhibit G: | U.S. Patent No. 5,630,981 |
| Exhibit H: | U.S. Patent No. 4,929,402 |
| Exhibit I: | U.S. Patent No. 4,999,143 |
| Exhibit J: | U.S. Patent No. 5,137,662 |
| Exhibit K: | U.S. Patent No. 5,345,391 |
| Exhibit L: | U.S. Patent No. 5,174,931 |
| Exhibit M: | U.S. Patent No. 5,651,934 |
| Exhibit N: | U.S. Patent No. 5,891,382 |
| Exhibit O: | U.S. Patent No. 5,902,537 |
| Exhibit P: | U.S. Patent No. 6,048,487 |

AnnArbor\105438.1