**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| 3D SYSTEMS, INC., | : | |
| | : | |
| Plaintiff, | : | Case No. 05-74891 |
| | : | |
| v. | : | Hon. Avern Cohn |
| | : | |
| ENVISIONTEC INC., ENVISIONTEC GMBH, | : | Magistrate Judge |
| and SIBCO, INC., | : | Hon. R. Steven Whalen |
| | : | |
| Defendants. | : | **JURY DEMANDED** |
| | : | |

BODMAN LLP
Susan M. Kornfield (P41071)
Alan N. Harris (P56324)
110 Miller, Suite 300
Ann Arbor, MI 48104
Tel: 734-761-3780
Fax: 734-930-2494
Attorneys for Plaintiff

LERNER, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK, LLP
Sidney David (SD 8700)
Stephen B. Goldman (SG 4018)
Samantha M. Kameros (SK 8223)
600 South Avenue West
Westfield, NJ 07090-1497
Tel: 908-654-5000
Fax: 908-654-7866
Attorneys for Plaintiff

RADER, FISHMAN & GRAUER, PLLC
R. Terrance Rader (P28747)
39533 Woodward Avenue, Suite 140
Bloomfield Hills, MI 48304
Tel: 248-594-0600
Fax: 248-594-0610
Attorneys for Defendants

**PLAINTIFF 3D SYSTEMS, INC.'S**

**DESIGNATION OF PARADIGM CLAIMS**

114167_1.DOC

Pursuant to the Court's Pretrial Order No. 1, 3D Systems is required to identify two patents and two claims from each (for a total of four).  Accordingly, 3D Systems identifies claims 10 and 11 from United States Patent No. 5,630,981 and claims 1 and 2 from United States Patent No. 5,651,934.

The 12 patents in this action can be divided into two groups.  The first group of seven patents is directed to stereolithography for building three-dimensional models, and the second group of five patents is directed to the incorporation of a recoater blade used in building three-dimensional models.

3D Systems in its letter of December 27, 2006 to the Court, requested the opportunity to discuss modifying the Court's Order to allow 3D Systems to assert two patents from each group, designating one claim from each.  In that event, the total number of claims would still be four, but these paradigm claims would be more representative of the two groups of patents, and at the same time would be focused on different aspects of defendants' machines.

As of the filing of this paper, the Court has not responded to 3D System's request. 3D Systems also requested defendants' consent to the foregoing, however, defendants have objected to 3D Systems' proposal.

3D Systems requests that the Court grant the hearing on 3D Systems claim designations before the defendants are required on January 10, 2007 to designate any claim terms that require interpretation.

Dated:  January 3, 2007 Respectfully submitted,

s/Susan M. Kornfield
Susan M. Kornfield (P41071)
Alan N. Harris (P56324)
BODMAN LLP
401 E. Liberty, Suite 400
Ann Arbor, MI  48104
Telephone:  (734) 761-3780
Facsimile:  (734) 930-2494

Sidney David (SD 8700)
Stephen B. Goldman (SG 4018)
Samantha M. Kameros (SK 8223)
LERNER, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, New Jersey 07090-1497
Telephone:  (908) 654-5000
Facsimile:  (908) 654-7866

Attorneys for Plaintiff

Jerome W. Hoffman
Florida Bar No. 0258830
David C. Borucke
Florida Bar No. 039195
HOLLAND & KNIGHT LLP
Tallahassee, FL 32302
Telephone:  (850) 224-7000
Facsimile:  (850) 224-8832

Attorneys for Plaintiff

3

AnnArbor_114167_1

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

    R. Terrance Rader @raderfishman.com.
    Steven Hansen @ srh@raderfishman.com

      I declare under penalty of perjury that the foregoing statements are true and correct.

                                          s/Susan M. Kornfield
                                          Susan M. Kornfield
                                          Alan N. Harris (P56324)
                                          BODMAN LLP
                                          401 E. Liberty, Suite 400
                                          Ann Arbor, Michigan 48104-1339
                                          Telephone: 734-761-3780
                                          Primary Email: skornfield@bodmanllp.com
                                          P41071