UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

3D SYSTEMS, INC.,

    Plaintiff,

-vs-

Case No. 05-74891
Hon:  AVERN COHN

ENVISIONTEC, INC., ENVISIONTEC GMBH; and SIBCO, INC.,

    Defendants.

_____/

## PRETRIAL ORDER NO. 2

### A.

In Pretrial Order No. 1 the Court set a schedule relating to the designation of patents for trial and paradigm claims.  On January 3, 2007 plaintiff identified two (2) patents and two (2) claims in each patent.  On January 16, 2007 defendants identified disputed claim terms.  On January 11, 2007 in a conference call the Court gave plaintiff permission to identify four (4) patents and one (1) claim in each patent.  Plaintiff in a letter dated January 12, 2007, a copy of which is attached as Exhibit A, has done so.  Accordingly, the dates set forth in Pretrial Order No. 1 must be changed as follows:

    1.    Identification by defendant of ambiguous words/phrases: **January 30, 2007**.

    2.    Interpretation by plaintiff: **February 15, 2007**.

    3.    Defendants' response: **February 28, 2007**.

4. Hearing re :the proper interpretation of the ambiguous words/phrases (i.e. to conduct the Markman hearing)  to be held **Thursday, March 15, 2007 at 10:00 a.m.**

SO ORDERED.

      s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated:  January 17, 2007

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, January 17, 2007, by electronic and/or ordinary mail.

      s/Julie Owens
Case Manager, (313) 234-5160

S:\LORI\Cases\3D Systems v. Envisiontec\Pretrial Order 2.wpd