IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| 3D Systems, Incorporated,<br><br>    Plaintiffs,<br><br>v.<br><br>Envisiontec, Incorporated, *et al.*<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§     2:05-cv-74891-AC-RSW<br>§<br>§<br>§<br>§<br>§ |

### AFFIDAVIT OF ROBERT NEUNER

1. I am an attorney admitted to practice in the State of New York and various federal courts throughout the United States, including the United States Supreme Court.

2. I am currently senior counsel to the law firm Baker Botts L.L.P.

3. I know of no ground on which my impartiality as Special Master in the above-identified civil action might reasonably be questioned; nor are any of the circumstances enumerated in 28 U.S.C. §455(b) present that would disqualify me from serving as Special Master.

4. I also swear that I will administer justice in conformance with the appointment of me as Special Master, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as Special Master under the Constitution and laws of the United States.

NY02:576734.1

Executed on February 21, 2007.

_____
Robert Neuner

STATE OF NEW YORK)

: ss.:

COUNTY OF NEW YORK)

Sworn and subscribed to me this 21st day of February, 2007.

_____
Notary Public

> DENISE G. JOHNSON
> NOTARY PUBLIC, State of New York
> No. 01JO4512898
> Qualified in Queens County
> Certificate Filed in New York County
> Commission Expires Nov. 30, 20 09

NY02:576734.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Affidavit of Robert Neuner was served on February 21, 2007 by first class mail, postage pre-paid, upon:

Sidney David, Esq.
Lerner, David, Littenberg,
 Krumholz & Mentlik, LLP
600 South Avenue West
Westfield, NJ 07090-1497

Susan M. Kornfield, Esq.
Bodman LLP
110 Miller, Suite 300
Ann Arbor, MI 48104

R. Terrance Rader, Esq.
Radar, Fishman & Grauer, PLLC
39533 Woodward Avenue, Suite 140
Bloomfield Hills, MI 48304

John P. Mitchell, Paralegal
(212) 408-2560

NY02:576734.1