UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| 3D Systems, Incorporated,<br><br>    Plaintiff,<br><br>v.<br><br>Envisiontec, Incorporated, *et al.*<br><br>    Defendants. | Case No. 2:05-cv-74891<br>Hon. Avern Cohn |

### PRETRIAL ORDER NO. 2 (AMENDED)

For the reasons identified in the communication between the Special Master and counsel for the parties, the dates set forth in Pretrial Order No. 2 are revised as follows:

3.  Defendants' response: **March 7, 2007**

4.  Hearing re: the proper interpretation of the ambiguous works/phrases (i.e., to conduct the Markman hearing) to be held **Thursday, April 5, 2007 at 10:00 a.m.** at the Theodore Levin United States Court in Detroit.

SO ORDERED.

s/ Robert Neuner
ROBERT NEUNER
SPECIAL MASTER

APPROVED:

s/
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: March 1, 2007

I hereby certify that a copy of the foregoing Pretrial Order No. 2 (Amended) was mailed to the parties of record on this date, March 1, 2007, by electronic and/or ordinary mail.

John Mitchell, Paralegal (212) 408-2560

NY02:577650.1