UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| 3D Systems, Incorporated, § § § | |
| Plaintiff, § § | Case No. 2:05-cv-74891 |
| v. § § | Hon. Avern Cohn |
| Envisiontec, Incorporated, *et al.* § § | |
| Defendants. § § | |

## PRETRIAL ORDER NO. 3

A Markman hearing scheduling conference was held on March 8, 2007. Appearing for plaintiff were Sidney David, John David and Susan Kornfield. Appearing for the defendants were R. Terrance Rader and Steven Hansen.

It was agreed and it is so ordered that the Markman hearing will proceed in two phases: a tutorial phase and an argument phase. Plaintiff will proceed first in its tutorial followed by defendants' tutorial. Each tutorial should last no more than thirty (30) minutes.

As for the argument, the defendants will proceed first, followed by the plaintiff. Each argument is tentatively scheduled for one (1) hour with an additional fifteen (15) minutes for each side for a rebuttal.

Finally, the plaintiff, to the extent it chooses to do so, shall file a reply brief on or before **March 30, 2007**.

SO ORDERED.

s/ Robert Neuner
ROBERT NEUNER
SPECIAL MASTER

NY02:578571.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Pretrial Order No. 3 was served on March 8, 2007 by electronic and/or ordinary mail upon:

Sidney David, Esq.
Lerner, David, Littenberg,
 Krumholz & Mentlik, LLP
600 South Avenue West
Westfield, NJ 07090-1497

Susan M. Kornfield, Esq.
Bodman LLP
110 Miller, Suite 300
Ann Arbor, MI 48104

R. Terrance Rader, Esq.
Rader, Fishman & Grauer, PLLC
39533 Woodward Avenue, Suite 140
Bloomfield Hills, MI 48304

*[signature]*
John Mitchell, Paralegal
(212) 408-2560

NY02:578571.1