**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| 3D SYSTEMS, INC., | : | |
| | : | Case No. 05-74891 |
| Plaintiff, | : | |
| v. | : | Hon. Avern Cohn |
| | : | |
| ENVISIONTEC, INC., ENVISIONTEC | : | Magistrate Judge |
| GMBH, and SIBCO, Inc., | : | Hon. R. Steven Whalen |
| | : | |
| Defendants. | : | **JURY DEMANDED** |

BODMAN LLP
Susan M. Kornfield (P41071)
Alan N. Harris (P56324)
401 E. Liberty, Suite 400
Ann Arbor, MI 48104
Tel: 734-761-3780
Fax: 734-930-2494
Attorneys for Plaintiff

LERNER, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK, LLP
Sidney David (SD 8700)
Stephen B. Goldman (SG 4018)
Jonathan A. David (JD 7559)
Samantha M. Kameros (SK 8223)
600 South Avenue West
Westfield, NJ 07090-1497
Tel: 908-654-5000
Fax: 908-654-7866
Attorneys for Plaintiff

RADER, FISHMAN & GRAUER, PLLC
R. Terrance Rader (P28747)
39533 Woodward Avenue, Suite 140
Bloomfield Hills, MI 48304
Tel: 248-594-0600
Fax: 248-594-0610
Attorneys for Defendants

**DECLARATION OF SIDNEY DAVID IN SUPPORT OF PLAINTIFF**
**3D SYSTEMS, INC'S REPLY BRIEF IN SUPPORT OF ITS CLAIM**
<u>**INTERPRETATION OF WORDS/PHRASES IDENTIFIED BY DEFENDANTS**</u>

I, SIDNEY DAVID, declare as follows:

1. I am a partner at Lerner, David, Littenberg, Krumholz & Mentlik, LLP, and counsel to Plaintiff, 3D Systems, Inc. ("3D").

2. I submit this declaration to authenticate certain exhibits referenced in 3D's Reply Brief in Support of its Claim Interpretation of Word/Phrases Identified by Defendants.

3. Attached hereto as Exhibit A is a true copy of U.S. Patent No. 3,735,728.

4. Attached hereto as Exhibit B is a true copy of U.S. Patent No. 3,669,060.

5. Attached hereto as Exhibit C is a true copy of U.S. Patent No. 5,321,622 without the large appendix.

6. Attached hereto as Exhibit D is a true copy of selected pages from the *Compact Oxford English Dictionary* (2nd ed.), including the definition for "adhering."

7. Attached hereto as Exhibit E is a true copy of selected pages from *Webster's Third New International Dictionary*, including the definition for "adhere."

8. Attached hereto as Exhibit F is a true copy of U.S. Patent No. 5,571,471.

9. Attached hereto as Exhibit G is a true copy of U.S. Patent No. 1,365,535.

10. Attached hereto as Exhibit H is a true copy of U.S. Patent No. 2,417,009.

11. Attached hereto as Exhibit I is a true copy of U.S. Patent No. 3,032,815.

12. Attached hereto as Exhibit J is a true copy of U.S. Patent No. 3,179,536.

13. Attached hereto as Exhibit K is a true copy of U.S. Patent No. 3,274,906.

3

14. Attached hereto as Exhibit L is a true copy of selected pages from *Merriam-Webster's Collegiate Dictionary* (10th ed.), including the definitions for "exposure" and "over."

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:  March 29, 2007                               s/Sidney David

3