UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

3D SYSTEMS, INC.,

    Plaintiff,

                                      Case No. 05-74891

-vs-                                     Hon: AVERN COHN

ENVISIONTEC, INC., ENVISIONTEC
GMBH; and SIBCO, INC.,

    Defendants.
_____/

## ORDER RE: STATUS CONFERENCE

    This is a patent case. On February 13, 2008, the Court held a status conference. This order memorializes the Court's statements at the conference.

- The stay on discovery is lifted.

- Before filing a motion relating to discovery, the parties shall call the Court to arrange a phone conference.

- Defendants may file a motion for summary judgment within sixty (60) days.

- Plaintiff's Motion to Dismiss Defendant Envisiontec, Inc.'s Amended Antitrust Counterclaim (docket # 69) has been bifurcated and stayed.

    SO ORDERED.


Dated: February 13, 2008              s/Avern Cohn
                                           AVERN COHN
                                           UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, February 13, 2008, by electronic and/or ordinary mail.

                                           s/Julie Owens
                                           Case Manager, (313) 234-5160