UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

3D SYSTEMS, INC.,

     Plaintiff,

                                  Case No. 05-74891

-vs-                           Hon:  AVERN COHN

ENVISIONTEC, INC., and
ENVISIONTEC GMBH,

     Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## ON 3D SYSTEMS, INC.'S MOTION TO DISQUALIFY
## DR. PAUL F. JACOBS

     This is a patent case.   On May 12, 2009, the Special Master (Dkt. 126) recommended that plaintiff's motion to disqualify Dr. Paul F. Jacobs from testifying at trial be granted (Dkt.144).  No objections have been filed to the recommendation.  Accordingly, Dr. Paul F. Jacobs is disqualified from testifying at trial for the reasons stated by the Special Master.

     SO ORDERED.


Dated:  June 29, 2009             s/ Avern Cohn_____
                             AVERN COHN
                             UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, June 29, 2009, by electronic and/or ordinary mail.

                          s/ Julie Owens_____
                         Case Manager, (313) 234-5160