# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

3D SYSTEMS, INC.,

                         Plaintiff,

      v.

ENVISIONTEC, INC., ENVISIONTEC
GMBH, and SIBCO, INC.,

                         Defendants.

:
:   Case No. 05-74891
:
:
:   Hon. Avern Cohn
:
:   Magistrate Judge
:   Hon. R. Steven Whalen
:
:   **JURY DEMANDED**
:
:

---

BODMAN LLP
Susan M. Kornfield (P41071)
Alan N. Harris (P56324)
Suite 400
201 South Division Street
Ann Arbor, Michigan 48104
Tel:   734-930-2488
Fax:   734-930-2494
skornfield@bodmanllp.com
aharris@bodmanllp.com
Attorneys for Plaintiff

LERNER, DAVID, LITTENBERG,
  KRUMHOLZ & MENTLIK, LLP
Sidney David
Jonathan A. David
600 South Avenue West
Westfield, NJ 07090-1497
Tel:   908-654-5000
Fax:   908-654-7866
Attorneys for Plaintiff

RADER, FISHMAN & GRAUER, PLLC
R. Terrance Rader (P28747)
Kristin L. Murphy (P57284)
Justin S. Cohen (P70901)
39533 Woodward Avenue, Suite 140
Bloomfield Hills, MI 48304
Tel:   248-594-0600
Fax:   248-594-0610
Attorneys for Defendants

## 3D SYSTEMS' TRIAL EXHIBITS

### 3D SYSTEMS' TRIAL EXHIBITS

| 3D TRIAL EXH. | DESCRIPTION OF EXHIBIT |
|---|---|
| 1A-1C | Photos of 3D Systems' Stereolithography machines |
| 2 | U.S. Patent No. 5,630,981 ('981 Patent-In-Suit) <br> (cover sheet, front page and figures 1-8) |
| 3 | DVD of a movie created in 1988 by 3D Systems to illustrate the technology of stereolithography |
| 4 | U.S. Patent No. 5,651,934 ('934 Patent-In-Suit) <br> (cover sheet, front page and figures 1, 2, and 25-27b) |
| 5 | U.S. Patent No. 5,902,537 ('537 Patent-In-Suit) <br> (cover sheet, front page and figures 9a and 9b) |
| 6 | U.S. Patent No. 5,174,931 <br> (front page and figures 1 and 2) |
| 7 | (Not used) |
| 8 | (Not used) |
| 9 | Photo of interior of defendants' Vanquish machine |
| 10 | Photo of interior of defendants' Vanquish machine |
| 11 | DVD of a movie made by defendants of the operation of the Perfactory |
| 12 | PowerPoint Presentation of Envisiontec GmbH entitled "Perfactory® - A cost effective Rapid Manufacturing and Rapid Manufacturing System" (embedded video only) |
| 13 | (Not used) |
| 14 | (Not used) |
| 15 | Defendants' engineering drawings related to the cooling blade |
| 16 | (not used) |
| 17 | DVD of the video prepared by Mr. Gogoe |

2

| 3D TRIAL EXH. | DESCRIPTION OF EXHIBIT |
|---|---|
| 18 | Photo of the Vanquish cooling blade taken by Mr. Gogoe |
| 19 | Photo of the Vanquish cooling blade taken by Mr. Gogoe |
| 20 | Photo of the Vanquish cooling blade taken by Mr. Gogoe |
| 21 | Handwritten notes of Mr. Gogoe made to the label of the DVD that he produced |
| 22 | (not used) |
| 23 | E-mail correspondence relating to video produced by Mr. Gogoe |
| 24 | E-mail correspondence relating to video produced by Mr. Gogoe |
| 25 | E-mail correspondence relating to video produced by Mr. Gogoe |
| 26 | Subpoena served on Mr. Gogoe issued June 14, 2010 |
| 27 | E-mail correspondence relating to video produced by Mr. Gogoe |
| 28 | (Not used) |
| 29 | DVD of voxelization animation created by defendants |
| 30 | Resume (CV) of Dr. Brent Stucker |
| 31 | (Not used) |
| 32 | Photo of interior of defendants' Vanquish machine with labeling added by defendants |
| 33 | Presentation of defendants entitled: "Envisiontec – Perfactory® - Is the Rapid Prototyping system with the best Cost/Performance Ratio …" (page 6 – redacted) |
| 34 | Screen Shots taken from defendant's voxelization animation (3D's Trial Exh. 29) |

3

| 3D TRIAL EXH. | DESCRIPTION OF EXHIBIT |
|---|---|
| 35 | Photos of the Vanquish blade produced by defendants |
| 36 | DVD of portions of the May 10, 2010 inspection of the Vanquish machine |
| 37 | Figures 1-4 from 7/1/10 Supplemental Declaration and Expert Report of Dr. Brent Stucker |
| 38 | U.S. Patent No, 3,388,604<br>(front page) |
| 39 | U.S. Patent No. 4,716,776<br>(front page and figure 3) |
| 40 | U.S. Patent No. 4,517,696<br>(front page and figure 1) |
| 41 | U.S. Patent No. 4,993,997 |
| 42 | U.S. Patent No. 3,872,960 |
| 43 | Physical – prototype of power drill |
| 44 | Physical – prototype of shower head |
| 45 | Physical – prototype of propeller |
| 46 | Physical – prototype of engine block |

Respectfully submitted

Dated:   September 21, 2010

s/Jonathan A. David
Jonathan A. David
Sidney David
LERNER, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel:     908-654-5000
Fax:    908-654-7866
jdavid@ldlkm.com

s/ Susan M. Kornfield

Susan M. Kornfield (P41071)
Alan N. Harris (P56324)
BODMAN LLP
Suite 400
201 South Division Street
Ann Arbor, Michigan 48104
Telephone: (734) 761-3780
Facsimile: (734) 930-2494
skornfield@bodmanllp.com
aharris@bodmanllp.com

5

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2010, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

R. Terrance Rader: rtr@raderfishman.com
klm@raderfishman.com, kln@raderfishman.com,
    litigationparalegals@raderfishman.com
jsc@raderfishman.com, litigationparalegals@raderfishman.com

I declare under penalty of perjury that the foregoing statements are true and correct.

s/ Jonathan A. David
Jonathan A. David
Sidney David
LERNER, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ  07090-1497
Telephone:  (908) 654-5000
Facsimile:   (908) 654-7866
jdavid@ldlkm.com

s/ Susan M. Kornfield
Susan M. Kornfield (P41071)
Alan N. Harris (P56324)
BODMAN LLP
Suite 400
201 South Division Street
Ann Arbor, Michigan 48104
Telephone: (734) 761-3780
Facsimile: (734) 930-2494
skornfield@bodmanllp.com
aharris@bodmanllp.com