UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

3D SYSTEMS, INC.,

    Plaintiff,

v.

ENVISIONTEC, INC., et al,

    Defendants.

_____/

Case No. 05-74891

HONORABLE AVERN COHN
UNITED STATES DISTRICT JUDGE

## ORDER FOR LUNCHEON FOR JURORS

IT IS ORDERED that the eight (8) jurors in the above case, be furnished their luncheon at the expense of the United States.

    s/ Avern Cohn
    AVERN COHN
    UNITED STATES DISTRICT JUDGE

Dated: September 27, 2010