# Verdict

## 05-74891 3D Systems, Inc. v. Envisiontec, Inc., et al

### I. US Patent No. 5,630,981 (the '981 Patent)

1. Whether, as required by claim 11, Envisiontec's Perfactory and Vanquish machines provide data representing adjacent cross-sectional layers of the three-dimensional object to be formed which was generated on a CAD system.

___ Yes    ✓ No

2. Whether, as required by claim 11, Envisiontec's Perfactory and Vanquish machines expose the medium (photopolymer) to said prescribed radiation (light) in response to the data representing adjacent cross-sectional layers of the three-dimensional object to be formed.

___ Yes    ✓ No

### II. US Patent No. 5,651,934 (the '934 Patent)

1. Whether, as required by claim 2, Envisiontec's Vanquish machine operates to form a smooth level coating of uncured building material of desired layer thickness over the previously formed layer.

✓ Yes    ___ No

2. Whether, as required by claim 2, the winged blade of the Vanquish machine which has a plurality of substantially separate members on a lower surface thereof for contacting the building material.

✓ Yes    ___ No

*SEE NEXT PAGE*

### III.   US Patent No. 5,902,537 (the '537 Patent)

1. Whether, as required by claim 81, the cooling blades of the Vanquish machine apply or dispense uncured building material.

\_\_\_\_\_ Yes          ✓ No

2. Whether, as required by claim 81, the Vanquish machine includes a means (i.e., a motor driven threaded drive shaft or structural equivalent) for sweeping the applicator across at least a portion of at least some of the previously formed object cross-sections.

\_\_\_\_\_ Yes          ✓ No

s/Jury Foreperson
In compliance with the Privacy Policy adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.

FOREPERSON (Signature & Juror Number)

Date: September 29, 2010