UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

3D SYSTEMS, INC.,

    Plaintiff,

-vs-                                      Case No. 05-74891
                                              Hon:  AVERN COHN

ENVISIONTEC, INC., et al,

    Defendants.
_____/

## **JUDGMENT**

### I.

Pursuant to the jury verdict in the form of answers to special questions entered on September 29, 2010, it is ORDERED and ADJUDGED that:

    1.  The accused Perfactory and Vanquish machines do not infringe claim 11 of U.S. Patent No. 5,630,981.

    2.  The accused Vanquish machines infringe claim 2 of U.S. Patent No. 5,651,934.

    3.  The accused Vanquish machines do not infringe claim 81 U.S. Patent No. 5,902, 537.

### II.

Pursuant to the Memorandum and Order Adopting Report and Recommendations of Special Master and Granting in Part and Denying in Part Defendants' Motion for Summary Judgment of Non-Infringement and Denying Plaintiff's Motion for Summary

Judgment of Infringement (Doc. 167), it is further ORDERED and ADJUDGED that the Vanquish machines do not infringe U.S. Patent No. 4,999,143.

      S/Avern Cohn
      AVERN COHN
      UNITED STATES DISTRICT JUDGE

Dated: October 7, 2010

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, October 7, 2010, by electronic and/or ordinary mail.

      S/Julie Owens
      Case Manager, (313) 234-5160