UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

3D SYSTEMS, INC.,

     Plaintiff,

                                         Case No. 05-74891

-vs-                                      Hon:  AVERN COHN

ENVISIONTEC, INC., et al,

     Defendants.

_____/

**AMENDED JUDGMENT**

I.

Pursuant to the jury verdict in the form of answers to special questions entered on September 29, 2010, it is ORDERED and ADJUDGED that:

1.  The accused Perfactory and Vanquish machines do not infringe claim 11 of U.S. Patent No. 5,630,981.

2.  The accused Vanquish machines infringe claim 2 of U.S. Patent No. 5,651,934.

3.  The accused Vanquish machines do not infringe claim 81 U.S. Patent No. 5,902, 537.

II.

Pursuant to the Memorandum and Order Adopting Report and Recommendations of Special Master and Granting in Part and Denying in Part Defendants' Motion for Summary Judgment of Non-Infringement and Denying Plaintiff's Motion for Summary

1

Judgment of Infringement (Doc. 167), it is further ORDERED and ADJUDGED that the

Perfactory and Vanquish machines do not infringe claim 35 of U.S. Patent No. 4,999,143.


 S/Avern Cohn                                    
AVERN COHN
UNITED STATES DISTRICT JUDGE


Dated:  October 14, 2010


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record
on this date, October 14, 2010, by electronic and/or ordinary mail.


 S/Michael Williams                    
Relief Case Manager, (313) 234-5160

2