UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

3D SYSTEMS, INC.,

    Plaintiff,

                                                 Case No. 05-74891
-vs-                                        HON. AVERN COHN

ENVISIONTEC, INC., et al,

    Defendants.
_____/

## SECOND AMENDED JUDGMENT

I.

Pursuant to the Memorandum and Order Granting Plaintiff's Renewed Motion For Judgment As A Matter Of Law And Denying Defendants' Renewed Motion For Judgment As A Matter Of Law, it is ORDERED and ADJUDGED that:

    1. The accused Perfactory and Vanquish machines infringe claim 11 of U.S. Patent No. 5,630,981.

    2. The accused Vanquish machines infringe claim 2 of U.S. Patent No. 5,651,934.

    3. The accused Vanquish machines do not infringe claim 81 U.S. Patent No. 5,902, 537.

II.

Pursuant to the Memorandum and Order Adopting Report and Recommendations of Special Master and Granting in Part and Denying in Part Defendants' Motion for Summary Judgment of Non-Infringement and Denying Plaintiff's Motion for Summary Judgment of Infringement, (Doc. 167), it is further ORDERED and ADJUDGED that the

1

Perfactory and Vanquish machines do not infringe claim 35 of U.S. Patent No. 4,999,143.

        S/Avern Cohn
        AVERN COHN
        UNITED STATES DISTRICT JUDGE

Dated:  March 10, 2011

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, March 10, 2011, by electronic and/or ordinary mail.

        S/Julie Owens
        Case Manager, (313) 234-5160