UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

3D SYSTEMS, INC.,

    Plaintiff,

                                            Case No. 05-74891
-vs-                                      Hon:  AVERN COHN

ENVISIONTEC, INC.,
ENVISIONTEC GMBH and
SIBCO, INC.,

    Defendants.
_____/

# **FINAL JUDGMENT**
## **(THIRD AMENDED JUDGMENT)**

I.

Pursuant to Fed.R.Civ.P. 54(b), the Court expressly determines that this judgment is a final judgment; expressly determines that there is no just reason for delay in its entry; and certifies this case for immediate appeal, all for the reasons stated in a memorandum of even date.

II.

A.

Pursuant to the Memorandum And Order Granting Plaintiff's Renewed Motion For Judgment As A Matter Of Law And Denying Defendants' Renewed Motion For Judgment As A Matter Of Law (Doc. 294), it is ORDERED and ADJUDGED that:

    1.    The accused Prefactory and Vanquish Machines infringe claim 11 of U.S. Patent No. 5,630,981.

2. The accused Vanquish Machine infringes claim 2 of U.S. Patent No. 5,651,934.

3. The accused Vanquish Machine does not infringe claim 81 of U.S. Patent No. 5,902,537.

B.

Pursuant to the Memorandum And Order Adopting Report And Recommendations Of Special Master And Granting In Part And Denying In Part Defendants' Motion For Summary Judgment Of Non-Infringement And Denying Plaintiff's Motion for Summary Judgment Of Infringement (Doc. 167), it is further ORDERED and ADJUDGED that the Prefactory and Vanquish Machines do not infringe claim 35 of U.S. Patent No. 4,999,143.

SO ORDERED.

S/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: October 6, 2011

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, October 6, 2011, by electronic and/or ordinary mail.

S/Julie Owens
Case Manager, (313) 234-5160

2