**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

3D SYSTEMS, INC.,

     Plaintiff,

     v.

ENVISIONTEC, INC., ENVISIONTEC
GMBH, and SIBCO, INC.,

     Defendants.

Case No. 2:05-cv-74891

Hon. Avern Cohn
Magistrate Judge R. Steven Whalen

**NOTICE OF APPEAL**

Notice is hereby given that Defendants Envisiontec, Inc., Envisiontec GmbH, and Sibco, Inc. appeal to the United States Court of Appeals for the Federal Circuit from the following: (1) the Final Judgment (Third Amended Judgment) dated October 6, 2011 (Doc. 331); (2) the Memorandum and Order Granting Plaintiff's Renewed Motion For Judgment As A Matter Of Law And Denying Defendants' Renewed Motion For Judgment As A Matter Of Law dated March 10, 2011 (Doc. 294); (3) the Verdict dated September 29, 2010 (Doc. 275); (4) the Memorandum and Order Adopting Report and Recommendations of Special Master and Granting in Part and Denying in Part Defendants' Motion for Summary Judgment of Non-Infringement and Denying Plaintiff's Motion for Summary Judgment of Infringement dated March 9, 2010 (Doc. 167); and (5) the "Markman" Memorandum and Order dated February 6, 2008 (Doc. 98).

2

Date:    October 17, 2011                          Respectfully submitted,

                                                   By:    /s/ Adrian M. Pruetz
                                                   Adrian M. Pruetz (Cal. Bar No. 118215)
                                                   ampruetz@pruetzlaw.com
                                                   Avraham Schwartz (Cal. Bar No. 260591)
                                                   aschwartz@pruetzlaw.com
                                                   PRUETZ LAW GROUP LLP
                                                   200 N. Sepulveda Blvd., Suite 1525
                                                   El Segundo, CA 90245
                                                   Tel. 310.765.7650
                                                   Fax. 310.765.7641

                                                   *Attorneys for Defendants Envisiontec, Inc.,*
                                                   *Envisiontec GmbH, and Sibco, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2011, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record.


Date:   October 17, 2011                              Respectfully submitted,

By:   */s/ Adrian M. Pruetz*
Adrian M. Pruetz (Cal. Bar No. 118215)
ampruetz@pruetzlaw.com
Avraham Schwartz (Cal. Bar No. 260591)
aschwartz@pruetzlaw.com
PRUETZ LAW GROUP LLP
200 N. Sepulveda Blvd., Suite 1525
El Segundo, CA 90245
Tel. 310.765.7650
Fax. 310.765.7641

*Attorneys for Defendants Envisiontec, Inc.,
Envisiontec GmbH, and Sibco, Inc.*