UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| 3D SYSTEMS, INC., : | |
| : | Case No. 05-74891 |
| Plaintiff, : | |
| v. : | Hon. Avern Cohn |
| : | |
| ENVISIONTEC, INC., ENVISIONTEC : | |
| GMBH, and SIBCO, INC., : | |
| Defendants. : | |
| : | |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

The parties, through their below named counsel of record, subject to the Order of the Court, hereby stipulate and agree to the dismissal, with prejudice, of all claims, counterclaims and defenses in the above-identified action, with each party to bear its own costs and counsel fees, the parties having entered into a settlement of the action.

The parties further stipulate and agree that none of the prior judgments, orders, rulings, findings of fact, conclusions of law and/or holdings from the above-identified action or the related appeal thereof will be admissible, binding, or have any issue preclusive (collateral estoppel) or claim preclusive (res judicata) effect against any or all of the Defendant Releasors or Plaintiff Releasors in any subsequent proceeding and further that in any such subsequent proceeding neither the Defendant Releasors nor the Plaintiff Releasors will be precluded from fully litigating any issue on the grounds that it was raised, asserted, decided, and/or adjudged--either expressly or implicitly--in the

above-identified action and/or the related appeal thereof.

AGREED TO:

| | |
|---|---|
| LERNER, DAVID, LITTENBERG,<br>  KRUMHOLZ & MENTLIK, LLP<br>*Attorneys for Plaintiff* | BROOKS KUSHMAN P.C.<br>*Attorneys for Defendants* |
| By: /s/ Sidney David w/permission<br>Sidney David<br>Jonathan A. David<br>600 South Avenue West<br>Westfield, NJ 07090-1497<br>Tel:   908-654-5000<br>Fax:  908-654-7866 | By: /s/ Frank A. Angileri<br>Frank A. Angileri<br>Marc Lorelli<br>Christopher C. Smith<br>1000 Town Center, Suite 2200<br>Southfield, MI 48075<br>Tel:   248-358-4400<br>Fax:  248-358-3351 |
| Dated: September 7, 2012 | Dated: September 7, 2012 |

BODMAN PLC
*Attorneys for Plaintiff*

By:   /s/ Susan M. Kornfield w/permission
Susan M. Kornfield (P41071)
Alan N. Harris (P56324)
Suite 400
201 South Division Street
Ann Arbor, MI 48104
Tel:   734-930-2488
Fax:  734-930-2494
skornfield@bodmanlaw.com
aharris@bodmanlaw.com

Dated: September 7, 2012

**SO ORDERED:**

Dated:  September 07, 2012          s/Avern Cohn
                                    AVERN COHN
                                    UNITED STATES DISTRICT JUDGE