NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**3D SYSTEMS, INC.,**
*Plaintiff-Appellee,*

v.

**ENVISIONTEC, INC., ENVISIONTEC GMBH,** AND **SIBCO, INC.,**
*Defendants-Appellants.*

---

2012-1099

---

Appeal from the United States District Court for the Eastern District of Michigan in case no. 05-CV-74891, Senior Judge Avern Cohn.

---

**ON MOTION**

---

**ORDER**

The parties jointly move to dismiss this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

SEP 1 0 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Sidney David Esq.
    Adrian M. Pruetz, Esq.

s21

Issued As A Mandate: SEP 1 0 2012

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 0 2012

JAN HORBALY
CLERK

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By: /s/ L. Begin    Date: 9/10/12