AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Eastern District of Michigan__ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>05-74891 | DATE FILED<br>12/27/2005 | U.S. DISTRICT COURT<br>Eastern District of Michigan |
|---|---|---|
| PLAINTIFF<br>3D Systems, Incorporated | | DEFENDANT<br>Envisiontec, Incorporated, et al |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,569,431 | 10/29/1996 | 3D Systems, Inc. |
| 2 | 5,571,471 | 11/5/1996 | 3D Systems, Inc. |
| 3 | 5,630,981 | 5/20/1997 | 3D Systems, Inc. |
| 4 | 4,929.402 | 5/29/1990 | 3D Systems, Inc. |
| 5 | 4,999,143 | 3/12/1991 | 3D Systems, Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,137,662 | 8/11/1992 | 3D Systems, Inc. |
| 2 | 5,345,391 | 9/6/1994 | 3D Systems, Inc. |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| STIPULATED ORDER of Dismissal With Prejudice Signed by District Judge Avern Cohn. (JOwe) (Entered: 09/07/2012)<br>Case terminated 9/7/2012 by Honorable Avern Cohn |

| CLERK<br>David J. Weaver | (BY) DEPUTY CLERK<br>Peggy S. Miller | DATE<br>9/19/2012 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director   **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director   **Copy 4**—Case file copy